UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
DAVID WAYNE HOOVER III

CASE NO. 07 B 14482

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-5470

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/05/07 and confirmed on 04/04/08.

2. The plan is paid in full.

3. The Debtor paid a total of $ 992.10 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STATE FARM INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 566.47 | .00 | 566.47 |
| HARSHAD M MEHTA MD | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 111.58 | .00 | 111.58 |
| T MOBILE USA | UNSECURED | 198.40 | .00 | 198.40 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ELECTRICAL INS TRUSTEES | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF THE CIRCUIT COU | CHILD SUPPORT | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 876.45 | .00 | 876.45 |
| PRINCIPAL PAID | .00 | .00 | 876.45 | .00 | 876.45 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 876.45 | .00 | 876.45 |

The Debtor's attorney, PRO SE DEBTOR                  , was allowed $       .00 and was paid $       .00 .

The Trustee received $     53.97 .

Refunds to the Debtor totaled $     61.68 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/13/08                    /s/
                        GLENN STEARNS
                        CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 07 B 14482 DAVID WAYNE HOOVER III